UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21859-CIV-COOKE/GOODMAN

ALEJANDRO ESPONDA, ROBERTO
RAMIREZ and UNIVERSAL PRECIOUS
METALS, INC.

      Plaintiffs,

v.

JOHN DOES 1-4

      Defendants.

_____/

### PLAINTIFFS' MOTION FOR ISSUANCE OF LETTERS OF REQUEST PURSUANT TO HAGUE EVIDENCE CONVENTION

      Plaintiffs, ALEJANDRO ESPONDA ("Esponda") ROBERTO RAMIREZ ("Ramirez") and UNIVERSAL PRECIOUS METALS, INC., ("Universal"), through undersigned counsel respectfully file this Motion for Issuance of Letters of Request pursuant to the Hague Evidence Convention. In support of this Motion, Plaintiffs state the following:

### Introduction and Procedural History

      On May 18, 2017, Plaintiffs filed their original complaint. (DE-1). On June 6, 2017, this Court entered its Order requiring expedited service of the Complaint. (DE-7). After defamatory statements were made in early June, 2017 against Plaintiffs on a Wordpress hosted blog, in addition to those statements alleged in the original complaint, Plaintiffs filed on June 14, 2017 an Amended Complaint. (DE-8). That same day, Plaintiffs filed their Motion for Leave to File Third Party Subpoenas Prior to Rule 26(f) Conference due to the difficulties in identifying the John Doe defendants, as stated in that Motion. (DE-9). That Motion was granted by the Court on June 19, 2017 via its Endorsed Order on CM/ECF (DE-10). On August 3, 2017, after receiving documentation from the internet service providers in response to the third party subpoenas served upon them, Plaintiffs filed their Motion for Extension of Time to Serve Amended Complaint, (DE-11) which was granted on August 7, 2017. (DE-12). The motion for extension of time was premised on the fact that Plaintiffs

needed additional time to identify the Defendants through their IP addresses, provided by the internet service providers pursuant to third party subpoenas. Plaintiffs hired LogicForce to assist in that endeavor. Due to their assistance, the Defendants' IP addresses provided by Google and Automattic, Inc. (WordPress) have now been traced to internet service providers in Colombia. Plaintiffs need to obtain evidence from these Colombian internet service providers, tracing the IP addresses finally to those in Colombia who can be identified as the wrongdoers herein and served with the Amended Complaint pursuant to the Hague Convention on Service of Process. The vehicle to obtain this information from the Colombian companies are Letters of Request pursuant to the Hague Evidence Convention, which must be issued by this Court pursuant to that Convention.

## MEMORANDUM OF LAW

Pursuant to 28 U.S.C. Sec. 1781(b), this Court may issue a letter of request seeking the assistance of a foreign court in securing evidence from a non-party located overseas. Courts "routinely issue such letters where the movant makes a reasonable showing that the evidence sought may be material or may lead to the discovery of material evidence". Netherby Ltd. v. Jones Apparel Group, Inc., 2005 WL 1214345 at *1 (S.D.N.Y. May 18, 2005).

Both the United States and Colombia are parties to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Evidence Convention"), 23 U.S.T. 2555. See also, 28 U.S.C. Sec. 1781(permitting the "transmittal of letters rogatory or request directly from a tribunal in the United States to the foreign or international tribunal, officer or agency to whom it is addressed and its return in the same manner" and reproducing the Hague Evidence Convention); Restatement (Third) of Foreign Relations Law of the United States, Sec. 474(2) ("A United States district court, in order to obtain evidence for use in a proceeding before it, may ….issue letter rogatory requesting a court or other appropriate authority in a foreign state to direct that taking of evidence in that state… provided the procedure is not inconsistent with the law of the state where the evidence is to be taken.") The Hague Evidence Convention, as a treaty ratified by and acceded to by the United States is the law of the land with the same force and effect as a federal statute. Nursing Home Pension Fund v. Oracle Corp., 2007 WL 1880381, at *5 (N.D. Cal. 2007). Therefore, it is entirely appropriate for this Court to issue and transmit a Letter of Request

under the Hague Evidence Convention to the designated authority under that Convention in Colombia, a party that has acceded to and is a party to the Convention.

The Letters of Request seek records and documentation from four separate internet service providers in Colombia regarding IP addresses used by the John Doe Defendants herein to transmit blogs and emails defamatory to Plaintiffs. The IP addresses were provided by both Google and Automatic, Inc. (Wordpress) as those from which defamatory blog postings and emails were transmitted. Plaintiffs' computer consultant has traced those IP addresses to customers of four internet service providers in Colombia.  These internet service providers are Movistar, Telecom.com. co, Colombia Telecomunicaciones, S.A.; ETB.Net. Co., Empresa de Telecomunicaciones de Bogota, S.A.; Telmexlanet.co, Telmex Colombia, S.A.; and Une.Net.Com, EPM Telecomunicaciones S.A., E.S.P. All four of these providers will have documentation or other information containing the real identities of the John Doe defendants, allowing Plaintiffs to finally locate and serve the Amended Complaint on those Defendants. Upon issuance by this Court, Plaintiffs will cause the Letters of Request to be served on the Central Authority in Colombia pursuant to the Hague Evidence Convention.

The aforementioned Letters of Request are attached as Exhibits 1-4.

WHEREFORE, Plaintiffs request that this motion be granted and that the Court issue the attached Letters of Request for transmission by Plaintiffs to the Colombian Central Authority for execution.

Respectfully submitted,

**BECERRA LAW, P.A.**

/s/Robert J. Becerra
Fla. Bar No. 0856282
Counsel for Plaintiffs
1001 Brickell Bay Drive, Suite 1200
Miami, Florida 33131
Email: rbecerra@rjbecerralaw.com
Tel: (305) 375-0112

3

**GRAYROBINSON P.A.**

/s/ Peter A. Quinter
Fla. Bar No. 821608
Co-Counsel for Plaintiffs
333 S.E. 2nd Avenue
Suite 3200
Miami, Florida 33131
Ph: (305) 416-6960
Fax: (305) 416-6887
E-mail: peter.quinter@gray-robinson.com

4